GLOBE & RUTGERS FIRE INS. CO., Appellant, v. COMPANIA DE NAVEGACION, INTERIOR, S. A., Appellee. NORTHWESTERN FIRE & MARINE INS. CO., Appellant, v. SAME, Appellee. HARTFORD FIRE INS. CO., Appellant, v. SAME, Appellee. NATIONAL LIBERTY INS. CO., Appellant, v. SAME, Appellee. ÆTNA INS. CO., Appellant, v. SAME, Appellee. WESTERN ASSUR. CO., Appellant, v. SAME, Appellee. LIVERPOOL & LONDON & GLOBE INS. CO., Limited, Appellant, v. SAME, Appellee. SPRINGFIELD FIRE & MARINE INS. CO., Appellant, v. SAME, Appellee. FRANKLIN FIRE INS. CO., Appellant, v. SAME, Appellee. PHŒNIX INS. CO., Appellant, v. SAME, Appellee. *

Circuit Court of Appeals, Fifth Circuit. May 20, 1927.

Nos. 4927–4936.

Appeals from the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

Henry P. Dart, Jr., of New Orleans, La., Robt. H. Kelley, of Houston, Tex., and T. Catesby Jones, of New York City (Dart & Dart, of New Orleans, La., Andrews, Streetman, Logue & Mobley, of Houston, Tex., Bigham, Englar & Jones, of New York City, on the brief), for appellants.

*For opinion below, see 14 F.(2d) 196. Rehearing denied July 18, 1927.

John D. Grace, M. A. Grace, and Edwin H. Grace, all of New Orleans, La., for appellees.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

BRYAN, Circuit Judge. It was stipulated by counsel that the above cases should abide the result of the appeal in Fireman's Fund Insurance Co. v. Compania de Navegacion, Interior, S. A. (No. 4926) 19 F.(2d) 493, this day decided and reversed. Accordingly the decrees herein are reversed, and the causes remanded, with directions to dismiss the libels.